**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | |
|---|---|
| BILLY DON FARRIS, II,<br><br>Plaintiff,<br><br>v.<br><br>DARRELL WARREN JR., in his official capacity as Sheriff of Gloucester County,<br><br>Defendant. | No. 4:26-cv-00149-AWA-DEM |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HIS OPPOSITION TO THE MOTION TO DISMISS**

Now comes Plaintiff, by and through the undersigned legal counsel, and hereby moves this Honorable Court for a two-week extension of time to file his opposition to Defendant's Motion to Dismiss. Defense Counsel does not oppose this motion.

This Motion arises from Plaintiff's offer to discuss a stipulated dismissal. Because of a pre-planned vacation, Defense counsel will not have time to review the offer until Tuesday of next week. Plaintiff's counsel will be traveling to Ohio during the middle of next week to an evidentiary hearing scheduled on October 14th, so resolution will not be possible before the end of next week.

Given these developments, Plaintiff requests a two-week extension. The extension would allow the parties to resolve the possibility of a stipulated dismissal

without prejudicing Plaintiff's ability to prepare an opposition to the motion to dismiss.

Accordingly, Plaintiff respectfully requests that his deadline to file an opposition to Defendant's Motion to Dismiss be extended until October 26th.

Dated: October 13, 2026.

Respectfully submitted,

/s/ Nathan W. Hotes

Damien M. Schiff (*Pro Hac Vice*)
Cal. Bar No. 235101
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
DSchiff@pacificlegal.org

Nathan W. Hotes
Va. Bar No. 100337
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 585-1625
NHotes@pacificlegal.org

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on this 13th day of October, 2026, the foregoing motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel:

Jeff W. Rosen
Jeffrey A. Hunn
Jeffrey D. Wilson
Pender & Coward, P.C.
222 Central Park Ave., Suite 400
Virginia Beach, VA 23462
jrosen@pendercoward.com
jhunn@pendercoward.com
jwilson@pendercoward.com

*Attorneys for Defendant Darrell Warren Jr.*

/s/ Nathan W. Hotes
Nathan W. Hotes
Va. Bar No. 100337
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 585-1625
NHotes@pacificlegal.org
*Attorney for Plaintiff*