**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | |
|---|---|
| BILLY DON FARRIS, II,<br><br>Plaintiff,<br><br>v.<br><br>DARRELL WARREN JR., in his official capacity as Sheriff of Gloucester County,<br><br>Defendant. | No. 4:26-cv-00149-AWA-DEM |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE HIS OPPOSITION TO THE MOTION TO DISMISS**

Now comes Plaintiff, by and through the undersigned legal counsel, and hereby moves this Honorable Court for a one-week extension of time to file his opposition to Defendant's Motion to Dismiss. Defense Counsel does not oppose this motion.

This Motion arises in part due to continued discussions of a stipulated dismissal. Defense counsel is currently reviewing Plaintiff's latest offer.

Additionally, Plaintiff's counsel has some time constraints that would make an additional week helpful. Plaintiff's Counsel of Record filed a twenty-four-page Post-Hearing Closing Statement Opposing Plaintiff's Motion for a Preliminary Injunction on Friday, November 13th, in the Erie County Court of Common Pleas. He will also file a ten-page Opposition to Plaintiff's Motion to Strike in the Erie County Court of Common Pleas on November 20th. Under the current timeline, filing on

November 23rd would be his third substantive opposition motion filed within six business days. Between illness and a site visit planned this week, co-counsel Isaiah McKinney is likewise limited in his ability to assist in drafting the motion.

Given these developments, Plaintiff requests a one-week extension. The extension would allow the parties to resolve the possibility of a stipulated dismissal and allow Plaintiff to satisfy obligations for other cases without prejudicing Plaintiff's ability to prepare an opposition to the motion to dismiss.

Accordingly, Plaintiff respectfully requests that his deadline to file an opposition to Defendant's Motion to Dismiss be extended until November 30th, 2026.

Dated: November 17, 2026.

Respectfully submitted,

/s/ Nathan W. Hotes

Damien M. Schiff*
Cal. Bar No. 235101
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
DSchiff@pacificlegal.org

**Pro Hac Vice*

Nathan W. Hotes
Va. Bar No. 100337
Isaiah McKinney*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 585-1625
NHotes@pacificlegal.org
IMcKinney@pacificlegal.org

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on this 17th day of November, 2026, the foregoing motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel:

Jeff W. Rosen
Jeffrey A. Hunn
Jeffrey D. Wilson
Pender & Coward, P.C.
222 Central Park Ave., Suite 400
Virginia Beach, VA 23462
jrosen@pendercoward.com
jhunn@pendercoward.com
jwilson@pendercoward.com

*Attorneys for Defendant Darrell Warren Jr.*

/s/ Nathan W. Hotes
Nathan W. Hotes
Va. Bar No. 100337
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 585-1625
NHotes@pacificlegal.org
*Attorney for Plaintiff*